UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN VINK,

Plaintiff,

v.

JOSEPH NATOLE, et al.,

Defendants.

Case No. 21-12804
Honorable Shalina D. Kumar
Magistrate Judge Patricia T. Morris

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 22) AND DISMISSING PLAINTIFF'S COMPLAINT (ECF NO. 1)

Plaintiff Brian Vink, a pro se prisoner, brought this civil rights action against defendants Dr. Joseph Natole, David Lopez, Jennifer (last name unknown), Jane Doe, Mark Boomershine, and Jordan Block, alleging they violated his constitutional rights while he was incarcerated in the Muskegon County Jail. ECF No. 1. This case was referred to the assigned magistrate judge for all pretrial purposes. ECF No. 13.

On April 20, 2023, the assigned magistrate judge issued a Report and Recommendation ("R&R"). ECF No. 22. The R&R recommends that the Court dismiss plaintiff's complaint with prejudice under Federal Rule of Civil Procedure 41(b) because plaintiff did not show good cause for his

ongoing failure to prosecute his case or comply with the issued order to show cause. ECF No. 20. That order warned that his continued neglect of his case would result in dismissal. *Id*. Neither plaintiff nor defendants filed objections to the R&R.

The Court has reviewed the record. The R&R is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

<div style="margin-left: 50%;">

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge
</div>

Dated: July 6, 2023